*Tuesday, December 5, 1995*

## MOTION DOCKET

95-2134. Donnell v. Donnell. *Sandusky County*, No. S–94–031. This cause is pending as a discretionary appeal from the Court of Appeals for Sandusky County. On November 16, 1995, appellant filed a document titled "Affidavit of Disqualification of Appellant Walton H. Donnell" in which appellant requested that Mr. Richard A. Dove appoint a justice to rule upon appellant's affidavit of disqualification of Chief Justice Thomas J. Moyer. Whereas Richard A. Dove has no authority to appoint a justice, and there are no provisions in the Rules of Practice for filing an affidavit of disqualification of a justice,

IT IS ORDERED by the court, *sua sponte*, effective December 4, 1995, that appellant's affidavit of disqualification be, and hereby is, stricken.

MOYER, C.J., not participating.